397 A.2d 1247

Commonwealth v. Godfrey, Appellant.

Submitted June 12, 1978. Vito F. Canuso, for appellant; Eric B. Henson, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.'

397 A.2d 1247

Commonwealth v. Lowe, Appellant.

Submitted September 12, 1978. William E. Averona, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.